ADOLPH V. TIEDEMANN, Appellant, *v.* WILLIAM G. ACKERMAN, Respondent.

(Argued March 17, 1881; decided March 25, 1881.)

REPORTED below (16 Hun, 307).

*Anthony B. Porter* for appellant.

*R. W. Van Pelt* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

MARY E. SNIFFEN, Respondent, *v.* BERNARD KOECHLING, Appellant.

(Argued March 21, 1881 ; decided March 25, 1881.)

*Theodore F. Sanxay* for appellant.

*Cornelius A. Runkle* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.